THE LAW OFFICE OF THOMAS C. SEABAUGH
Thomas C. Seabaugh, Esq., SBN 272458 | tseabaugh@seabaughfirm.com
333 South Grand Avenue, 42nd Floor
Los Angeles, CA 90071
Telephone: (213) 225-5850

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.D., a minor, by and through his father and guardian ad litem Tom Durbin,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KERN; MARCUS CLOUD; and DOES 1-10,<br><br>Defendants. | Case No. 1:20-cv-00064-DAD-JLT<br><br>**NOTICE OF SETTLEMENT AND PROPOSED ORDER**<br>**(Doc. 20**) |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD, the parties jointly give notice as follows:

Plaintiff D.D. transmitted a demand for settlement in this matter to Defendant County of Kern, which was accepted at a board meeting on December 8, 2020. Accordingly, the parties jointly give this notice of settlement and request that the Court vacate all pending dates.

Plaintiff D.D. is described in the complaint as a "a juvenile diagnosed with autism." Compl., ¶ 2. On that basis, the Court has appointed his father as his guardian ad litem. He reached the age of majority after this action was filed, but he remains (and has wished to remain) represented in this action by his father and guardian ad litem.

Accordingly, Plaintiff D.D., through his guardian ad litem and counsel of record, intends to submit the proposed settlement to this Court for approval. Local Rule 202 provides: "No claim by or against a minor or incompetent person may be settled or compromised absent an order by the Court approving the settlement or compromise."

Plaintiff's counsel expects to be able to file the application for court approval by December 30, 2020.

Because this action arises from an incident that occurred during Plaintiff's stay in juvenile hall and the required materials may include records related to his medical treatment, he requests leave to submit his application for approval of the settlement and supporting materials under seal pursuant to Local Rule 140(b) and Local Rule 202(b)(2) (reports related to such compromises "may be submitted in a sealed condition to be reviewed only by the Court in camera, with notice of such submission to all parties.").

A proposed order is included below.

Respectfully Submitted,

Dated: December 15, 2020        LAW OFFICE OF THOMAS C. SEABAUGH

*/s/ Thomas C. Seabaugh*
Thomas C. Seabaugh
*Attorneys for Plaintiff*

Dated: December 15, 2020        COUNTY OF KERN
OFFICE OF COUNTY COUNSEL

*/s/ Kathleen Rivera*
Kathleen Rivera
*Attorneys for Defendants*

## ~~Proposed~~ Order

The parties report that they have settled the matter and indicate they will file the petition for approval of the minor's compromise soon. (Doc. 20) Thus, the Court **ORDERS**:

1. The petition for approval of the compromise the action **SHALL** be filed **no later than December 30, 2020**;

2. All pending dates, conferences and hearings are **VACATED**;

3. The Court **DENIES** the request to file this application under seal. It reveals nothing about the plaintiff because the plaintiff's identity is unknown. It **GRANTS** the request to seal the petition for approval of the compromise because it will, assuming compliance with the requirements of law and Local Rule 202, reveal sensitive information about the plaintiff.

///
///
///
///

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions.**

IT IS SO ORDERED.

Dated:   **December 15, 2020**            /s/ Jennifer L. Thurston
                                                            UNITED STATES MAGISTRATE JUDGE