UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.D.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF KERN, et al.,<br><br>　　　　　Defendant. | No.  1:20-cv-00064-DAD-JLT<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING APPROVAL OF THE COMPROMISE ON BEHALF OF MINOR PLAINTIFF D.D.<br><br>(Doc. No. 25) |

　　　　On January 13, 2020, plaintiff D.D. by and through his guardian ad litem, Tom Durbin, filed the pending action against defendants County of Kern and Marcus Cloud for use of excessive force by defendant Cloud in his capacity as a juvenile corrections officer.  (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On January 4, 2021, plaintiff filed a petition seeking approval of the settlement reached between the parties.  (Doc. No. 22.)  On January 25, 2021, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's petition for approval of settlement be approved.  (Doc. No. 25.)  The findings and recommendations contained notice that any objections were to be filed within fourteen (14) days.  The time to do so has since passed and no objections have been filed.

1

1   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this
2   court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the
3   court concludes that the magistrate judge's findings and recommendations are supported by the
4   record and proper analysis.
5       Accordingly, the court orders that:
6   1.  The findings and recommendations issued January 25, 2021 (Doc. No. 25) are
7       adopted in full;
8   2.  The petition to approve settlement of the minor's claims (Doc. No. 23) is granted;
9   3.  The parties are directed to file with the Court a stipulation for dismissal of the
10      action with prejudice, and lodge a separate order, within forty-five (45) days of the
11      date of service of this order; and
12  4.  This matter is referred back to the magistrate judge for further proceedings
13      consistent with this order.

IT IS SO ORDERED.

Dated:   **February 12, 2021**

UNITED STATES DISTRICT JUDGE