UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.D., a minor, by and through his father and guardian ad litem Tom Durbin,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KERN; MARCUS CLOUD; and DOES 1-10,<br><br>Defendants. | Case No. 1:20-cv-00064-DAD-JLT<br><br>**ORDER CLOSING THE CASE**<br>**(Doc. 27)** |

The parties have settled their case and have stipulated to the action being dismissed with prejudice. (Doc. 27) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:   **March 15, 2021**          /s/ Jennifer L. Thurston
                                     UNITED STATES MAGISTRATE JUDGE